IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| NEWMAN LOLLIS | § | |
| Plaintiff, | § § § | |
| VS. | § § | NO. 3:12-CV-0392-D |
| HUD, ET AL. | § § § | |
| Defendants. | § | |

## ORDER

After making an independent review of the pleadings, files, and records in this case, and the findings and recommendation of the magistrate judge, the court concludes that the findings and conclusions are correct and are therefore adopted.

**SO ORDERED**.

April 13, 2012.

_____
SIDNEY A. FITZWATER
CHIEF JUDGE